# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| CKY, Inc. ) | ASBCA No. 61140 |
| ) | |
| Under Contract No. W912EE-10-C-0036 ) | |

APPEARANCE FOR THE APPELLANT:           Daniel L. Baxter, Esq.
                                        Wilke, Fleury, Hoffelt, Gould & Birney, LLP
                                        Sacramento, CA

APPEARANCES FOR THE GOVERNMENT:         Thomas H. Gourlay, Jr., Esq.
                                        Engineer Chief Trial Attorney
                                        Walker D. Moller, Esq.
                                        Assistant Trial Attorney
                                        John M. Breland, Esq.
                                        Engineer Trial Attorney
                                        U.S. Army Engineer District, Vicksburg

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 13 June 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61140, Appeal of CKY, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals